MARQUSEE v. ROGER WILLIAMS FIRE & MARINE INS. CO. (Supreme Court, Appellate Division, First Department. February 14, 1913.) Action by Julius Marqusee against the Roger Williams Fire & Marine Insurance Company. No opinion. Motion to dismiss appeal granted, with $10 costs, unless appellant complies with terms stated in order. Order filed.

MARSH, Appellant, v. TOWN OF BELFAST, Respondent. (Supreme Court, Appellate Division, Fourth Department. March 19, 1913.) Action by Lucy A. Marsh against the Town of Belfast.

PER CURIAM. Judgment and order reversed, and new trial granted, with costs to appellant to abide event. Held, that the question of defendant's negligence and of plaintiff's freedom from contributory negligence were questions of fact, which should have been submitted to the jury.

ROBSON and FOOTE, JJ., dissent.

MATTSON v. PHŒNIX CONST. CO. (Supreme Court, Appellate Division, First Department. February 14, 1913.) Action by Selma Mattson, as administratrix, etc., against the Phœnix Construction Company. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed. See, also, 149 App. Div. 948, 134 N. Y. Supp. 1139.

MAYER v. BAUDENBUSH. (Supreme Court, Appellate Division, First Department. February 28, 1913.) Action by Adolph B. Mayer against Wallace G. Baudenbush. No opinion. Motion denied, with $10 costs. Order filed.

MAYER, Respondent, v. HEINZE, Appellant (two cases). (Supreme Court, Appellate Division, First Department. February 28, 1913.) Actions by Jacob Mayer against Ada L. Heinze and against Ruth N. Heinze. F. Bien, of New York City, for appellant. B. N. Cardozo, of New York City, for respondent. No opinion. Judgments and orders affirmed, with costs. Orders filed. See, also, 137 N. Y. Supp. 1129.

MAYTHAM, Respondent, v. EDDY, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 12, 1913.) Action by Mary T. Maytham against Elizabeth A. Eddy.

PER CURIAM. Order reversed, with $10 costs and disbursements, and motion denied, with $10 costs. Held, the action having proceeded to trial with the evidence closed and ready for submission to the court for its determination, the order transferring the cause to the jury calendar was unauthorized, and in any event, upon the pleadings as they now stand, plaintiff is not entitled to a jury trial.

McLENNAN, P. J., dissents, upon the ground that the discretion of the court at Special Term was properly exercised.

MAZZEI, Respondent, v. BATTLE ISLAND PAPER CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 24, 1913.) Action by Angelo Mazzei against the Battle Island Paper Company. No opinion. Judgment and order affirmed, with costs.

MEAGHER, Appellant, v. SEARUN SOCIETY, Respondent. (Supreme Court, Appellate Division, First Department. April 4, 1913.) Action by Mary Meagher against the Searun Society. R. Ballantine, of New York City, for appellant. J. S. Darcy, of New York City, for respondent. No opinion. Order setting aside verdict affirmed, judgment dismissing complaint reversed, and new trial ordered, without costs to either party. Settle order on notice.

MEIS, Appellant, v. MEIS, Respondent. (Supreme Court, Appellate Division, Second Department. March 14, 1913.) Action by Anna Meis against Frederick Meis, by Mina Meis, his guardian ad litem. No opinion. Order affirmed, without costs.

MENG v. FISCHER. (Supreme Court, Appellate Division, First Department. March 28, 1913.) Action by James S. Meng, as receiver, etc., against Frederick Fischer. No opinion. Application granted. Order signed.

MEYER v. CHRISTIANSEN et al. (Supreme Court, Appellate Term, First Department. March 7, 1913.) Appeal from Municipal Court, Borough of Manhattan, Ninth District. Action by Anton H. Meyer, as assignee for the benefit of creditors of the United States Restaurant & Realty Company, against Ernst L. A. Christiansen and others. From a judgment dismissing the complaint on the merits after a trial by the court without a jury, plaintiff appeals. Modified. See, also, 146 App. Div. 114, 130 N. Y. Supp. 606. William F. McCombs, of New York City, for appellant. Frank E. Loughran, of New York City, for respondent Kragh. William Kaufman, of New York City, for respondent Lind.

BIJUR, J. As no evidence was introduced which proved, or from which it can be inferred, that defendant Kragh authorized Porsth to bind him to pay the cost of the entire dinner, the complaint should have been dismissed, without prejudice to a new action at the close of plaintiff's case, in response to the motion to that effect then made. The judgment is therefore modified accordingly, and, as so modified, affirmed, without costs of this appeal to either party. All concur.